# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Wu & Associates, Inc. ) ASBCA Nos. 61992, 62092
)
Under Contract No. N40085-14-D-5245 )

APPEARANCE FOR THE APPELLANT: Sean T. O'Meara, Esq.
Archer & Greiner, P.C.
Haddonfield, NJ

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Russell A. Shultis, Esq.
Julie C. Ruggieri, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: November 13, 2019

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61992, 62092, Appeals of Wu & Associates, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals